UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SANTOSH BHARDWAJ,                           :
                                                                          Index No. 11 Civ. 4170 (AKH)
                Plaintiff,                  :

             -against-                              :

PRABHU DAYAL, CHANDINI DAYAL and  :
AKANSHA DAYAL,
                                                  :

                Defendants.
------------------------------------------------------------x

## AFFIDAVIT OF DAVID C. BURGER

STATE OF NEW YORK   )
                                     ) ss.:
COUNTY OF NEW YORK )

       DAVID C. BURGER, being duly sworn, deposes and says:

       1. I am an attorney admitted to practice before the courts of the State of New York and am of counsel to Robinson Brog Leinwand Greene Genovese & Gluck P.C., attorneys for the Defendants named in the above-captioned action  I submit this affidavit in support of the Defendants' pre-answer motion to dismiss this action

       2. Attached hereto as Exhibit A is the affidavit of Ashok Tomar, Addl. Secretary (AD), Ministry of External Affairs, New Delhi for the Government of India, dated September 2, 2011.

                                                                            DAVID C. BURGER

Sworn to before me this
8th day of September, 2011

_____
Notary Public

JOANNE BRENNAN
Notary Public, State of New York
No. 01BR6173507 Qualified in Nassau County
Certificate Filed in New York County
Commission Expires Sept. 10, 20__