| | |
|---|---|
| **OUTTEN & GOLDEN LLP**<br>Adam Klein<br>Dana Sussman<br>3 Park Avenue, 29th Floor<br>New York, New York 10016<br>Telephone:  (212) 245-1000 | **THE LEGAL AID SOCIETY**<br>Steven R. Banks, Attorney-in-Chief<br>Adriene L. Holder, Attorney-in-Charge, Civil Practice<br>Karen Cacace, Supervising Attorney<br>Hollis V. Pfitsch, of counsel<br>Employment Law Unit<br>199 Water Street, 3rd Floor<br>New York, New York 10038<br>Telephone: (212) 577-3465 |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SANTOSH BHARDWAJ,**<br><br>**Plaintiff,**<br><br>-against-<br><br>**PRABHU DAYAL, CHANDINI DAYAL, and AKANSHA DAYAL,**<br><br>**Defendants.** | No. 11 Civ. 4170 (AKH) |

**DECLARATION OF DANA SUSSMAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

I, Dana Sussman, declare as follows:

1. I am an associate at the firm of Outten & Golden LLP in New York, New York, which, together with The Legal Aid Society of New York, are Plaintiff's Counsel herein.  I make this Declaration in support of Plaintiff's Opposition to Defendants' Motion to Dismiss.

**Exhibits**

2.      Attached as **Exhibit A** is a true and correct copy of an excerpt of United States Department of State's Diplomatic List, revised April 2011, available at http://www.state.gov/documents/organization/162842.pdf and last visited on September 22, 2011.

3.      Attached as **Exhibit B** is a true and correct copy of the webpage for the United States Department of State titled "Foreign Embassy Information & Publications," available at http://www.state.gov/s/cpr/rls/index.htm and last visited on September 22, 2011.

4.      Attached as **Exhibit C** is a true and correct copy of the webpage for the United States Department of State titled "Diplomatic List," available at http://www.state.gov/s/cpr/rls/dpl/index.htm and last visited on September 22, 2011.

5.      Attached as **Exhibit D** is a true and correct copy of an excerpt of the United States Department of State's publication titled "Foreign Consular Offices in the United States," revised May 24, 2011, available at http://www.state.gov/documents/organization/164400.pdf and last visited on September 22, 2011.

I declare under penalties of perjury under the laws of New York and the United States that the foregoing is true and correct.


Dated:        September 22, 2011
              New York, New York

                                        Respectfully submitted,

                                        **OUTTEN & GOLDEN LLP**
                                        By:

                                         /s/ Dana Sussman
                                        Dana Sussman

**OUTTEN & GOLDEN LLP**
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

**THE LEGAL AID SOCIETY**
Steven R. Banks, Attorney-in-Chief
Adriene L. Holder, Attorney-in-Charge, Civil Practice
Karen Cacace, Supervising Attorney
Hollis V. Pfitsch, of counsel
Employment Law Unit
199 Water Street, 3rd Floor
New York, New York 10038
Telephone: (212) 577-3346