# Exhibit A

# Diplomatic List

Spring 2011

DEPARTMENT OF STATE PUBLICATION 11221
Office of the Chief of Protocol

Revised April 2011
----------------------------------------------------------------
For sale by the Superintendent of Documents
U.S. Government Printing Office
Washington, D.C. 20402

# Preface

This publication contains the names of the members of the diplomatic staffs of all missions and their spouses. Members of the diplomatic staff are the members of the staff of the mission having diplomatic rank. These persons, with the exception of those identified by asterisks, enjoy full immunity under provisions of the Vienna Convention on Diplomatic Relations. Pertinent provisions of the Convention include the following:

## Article 29

The person of a diplomatic agent shall be inviolable. He shall not be liable to any form of arrest or detention. The receiving State shall treat him with due respect and shall take all appropriate steps to prevent any attack on his person, freedom or dignity.

## Article 31

A diplomatic agent shall enjoy immunity from the criminal jurisdiction of the receiving State. He shall also enjoy immunity from its civil and administrative jurisdiction, except in the case of:

(a) a real action relating to private immovable property situated in the territory of the receiving State, unless he holds it on behalf of the sending State for the purposes of the mission;

(b) an action relating to succession in which the diplomatic agent is involved as executor, administrator, heir or legatee as a private person and not on behalf of the sending State;

(c) an action relating to any professional or commercial activity exercised by the diplomatic agent in the receiving State outside of his official functions.

A diplomatic agent's family members are entitled to the same immunities unless they are United States nationals. ASTERISKS (*) IDENTIFY UNITED STATES NATIONALS

**NOTE:** The information contained herein was compiled as of April 7, 2011. <u>The names are not in protocol order of precedence.</u>

Changes occur daily. The status of personnel listed in this publication should be verified with the Office of Protocol.

The **Diplomatic List** is available free of charge on the Department of State internet web site under: http://www.state.gov/s/cpr/rls/dpl/

The **Diplomatic List** is available to the public for a fee through the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402 (telephone [202] 512-1800).

MR. SZABOLCS NEMES
    MRS. GABRIELLA SZ. TOTH
*SECOND SECRETARY & CONSUL*

MR. BALAZS ERDEI
    MRS. ANITA ERDEI
*THIRD SECRETARY (SCIENCE & TECHNOLOGY)*

MR. BELA GEDEON
    *THIRD SECRETARY*

MR. ATTILA TOTH
    DR. NIKOLETTA ZSUZSA NAGY
*THIRD SECRETARY (AGRICULTURAL)*

MR. AKOS VEISZ
    *THIRD SECRETARY*

MR. ANDRAS HERMANN
    MRS. MARIA ZSUZSANNA HERMAN NE BUNDIK
*ATTACHE (COMMUNICATIONS)*

MR. SANDOR MIHALY
    MRS. MÁRTA MIHÁLYNÉ MOLNÁR
*ATTACHE (FINANCIAL DIRECTOR)*

MRS. MARIA GABRIELLA NAGYNE BALLA
    MR. ZOLTAN ARPAD NAGY
*ATTACHE*

MS. ANNA STUMPF
    *ATTACHE*

COLONEL ISTVAN PASZTOR
    MRS. MELINDA AGNES PASZTORNE KERCSO
*DEFENSE, MILITARY & AIR ATTACHE*

MAJOR LASZLO RUBIK
    MRS. ANGELIKA BOROVSZKI
*ASST. DEFENSE, MILITARY & AIR ATTACHE*

COMMERCIAL OFFICE
   150 E. 58TH STREET, FLOOR 33RD
   NEW YORK, NY  10155--3398
     (OFFICE 212-752-3060)   (FAX 212-486-2958)

MILITARY AND AIR ATTACHE OFFICE
   3910 SHOEMAKER STREET, NW  20008
     (OFFICE 202-362-6730)

## ICELAND

EMBASSY OF ICELAND
Chancery: 2900 K STREET, NW, SUITE 509  20007
(EMBASSY 202-265-6653)   (FAX 202-265-6656)

HIS EXCELLENCY HJALMAR W. HANNESSON
    MRS. ANNA BIRGIS HANNESSON
*AMBASSADOR EXTRAORDINARY & PLENIPOTENTIARY*

MR. BALDVIN JONSSON
    MRS. MARGRET BJORNSDOTTIR
*ATTACHE (AGRICULTURAL)*

MR. TOMAS ARMANN TOMASSON
    MS. HJORDIS GUNNARSDOTTIR
*ATTACHE*

## INDIA

EMBASSY OF INDIA
Chancery: 2107 MASSACHUSETTS AVENUE, NW  20008
(EMBASSY 202-939-7000)   (FAX 202-483-3972)

HER EXCELLENCY MEERA SHANKAR
    MR. AJAY SHANKAR
*AMBASSADOR EXTRAORDINARY & PLENIPOTENTIARY*

MR. ARUN KUMAR SINGH
    MRS. MAINA CHAWLA SINGH
*MINISTER (DEPUTY CHIEF OF MISSION)*

MRS. BANASHRI BOSE HARRISON
    MR. GARETH ROBERT HARRISON
*MINISTER (COMMERCE)*

MR. VINAY MOHAN KWATRA
    MRS. POOJA KWATRA
*MINISTER (COMMERCE)*

MR. POOVAKULATH JOSEPH MATHEW
    MRS. JANET MATHEW
*MINISTER (DIRECTOR OF AUDIT)*

MRS. MAHUA PAL
    MR. AMRIT PAL SINGH
*MINISTER*

MR. VIRANDER KUMAR PAUL
    MRS. RACHELINE MARGARET MARY SHADAP
*MINISTER*

MR. NAWAL KISHORE SINGH
    MRS. REKHA SINGH
*MINISTER*

MR. SANJAY SINHA
    MRS. RASHMI SINHA
*MINISTER*

MR. FNU VEDIAPPA SHANMUGAM SENTHIL
    MRS. FNU SUJATHA RAMDAS
*MINISTER*

MR. BHUPINDER SINGH BHALLA
    MRS. MANMEET KAUR
*COUNSELOR*

MR. BALA BHASKAR BODDU
    MRS. KAVITHA BHASKAR BODDU
*COUNSELOR*

MR. RAHUL CHHABRA
    MRS. KAVITA CHHABRA
*COUNSELOR*

MR. TAPAN KUMAR DEKA
    MRS. AKASHI BORA DEKA
*COUNSELOR*

DR. DEBAPRIYA DUTTA
    MRS. AYONA DUTTA
*COUNSELOR*

MR. RANJIT ELIAS
    MRS. ISABELLA ELIAS
*COUNSELOR*

MR. DEVIPRASAD KARNIK
    MRS. SHOBHA KARNIK
*COUNSELOR*

\*  U.S. Citizen

MS. PUJA SINGH MANDOL
    MR. SURAJIT MANDOL
*COUNSELOR*

MR. KUMARAN PERIASAMY
    MRS. RITU KUMARAN
*COUNSELOR*

MR. RANBIR SINGH
*COUNSELOR (COMMUNITY AFFAIRS)*

MR. NAVEEN SRIVASTAVA
    MRS. PUNYA SALILA SRIVASTAVA
*COUNSELOR*

MR. PRANAY KUMAR VERMA
    MRS. MANU VERMA
*COUNSELOR (POLITICAL)*

MR. ALASUBRAMANIAN GANGADHARAN
    MRS. MA BALASUBRAMANIAN
*FIRST SECRETARY*

MR. PIYUSH GOYAL
    MRS. RUPALI AGARWAL GOYAL
*FIRST SECRETARY*

MR. DATTATRAYA PADSALGIKAR
    MRS. ADITEE PADSALGIKAR
*FIRST SECRETARY*

MR. KOCHUKALATHIL SKARIA MATHEWS
    MRS. ELIZABETH MATHEWS
*SECOND SECRETARY*

MR. SATHIYAMURTHY NATESHAN
    MRS. RAJESHWARI NATESHAN
*SECOND SECRETARY*

MR. VISHAL VISHWANATH NAIR
*THIRD SECRETARY*

MRS. SAROJ ARORA
    MR. BALDEV  RAJ ARORA
*ATTACHE*

MR. HARISH BAXLA
    MRS. NIRMALA BAXLA
*ATTACHE*

MR. ASHOK KUMAR CHADHA
    MRS. RAJNI CHADHA
*ATTACHE*

MR. NIKHILESH MOHAN DHIRAR
    MRS. MADHU DHIRAR
*ATTACHE*

MR. ANIL GARG
    MRS. MADHURIKA GARG
*ATTACHE*

MR. PRADEEP GUPTA
    MRS. RITA GUPTA
*ATTACHE*

MR. BRAHMAM JAGABATTUNI
    MRS. SUVERNA LAKSHMI JAGABATTUNI
*ATTACHE*

MR. KRISHNA NAND JHA
    MRS. ANUDITA JHA
*ATTACHE*

MR. ARUN KUMAR KALIA
    MRS. SUDESH KUMARI KALIA
*ATTACHE*

\* U.S. Citizen

MR. ALOK KUMAR
    MRS. GEETA SAXENA
*ATTACHE*

MR. NARESH KUMAR
    MRS. SEEMA ARORA
*ATTACHE*

MR. NAVEEN MONGA
    MRS. SANGEETA MONGA
*ATTACHE*

MR. RAJENDRANATHAN NARAYANAN NAIR
    MRS. SNEHALATA RAJENDRAN
*ATTACHE*

MR. NORBU NEGI
    MRS. ASHA NEGI
*ATTACHE*

MR. SANDEEP RAYA PAI
    MRS. SUJATA PAI
*ATTACHE (ASSISTANT ACCOUNTS OFFICER)*

MR. HARIGOVINDAN PALLIYANI
    MRS. RADHA HARIGOVINDAN
*ATTACHE*

MR. PARAMESWARA PANICKER SANKAR
    MRS. VIJAYA SHANKAR
*ATTACHE*

MRS. DIPALI SHARMA
    MR. ASHOK KUMAR SHARMA
*ATTACHE*

MR. NARAYAN SINGH
    MRS. PUSHPA DYARAKOTI
*ATTACHE*

MR. YUDHISTER PAL SOOD
    MRS. SUMAN SOOD
*ATTACHE*

MR. GAUR CHANDRA TALUKDAR
    MRS. RAMA TALUKDAR
*ATTACHE*

BRIGADIER BHUPESH KUMAR JAIN
    MRS. NALINI JAIN
*DEFENSE & MILITARY ATTACHE*

COMMODORE MONTY KHANNA
    MRS. SUNANDA KHANNA
*NAVAL ATTACHE*

AIR COMMODORE JASBIR SINGH WALIA
    MRS. HARBINDER WALIA
*AIR ATTACHE*

COMMERCIAL AND SUPPLY, PASSPORT AND VISA SECTION
2536 MASSACHUSETTS AVENUE, NW  20008
(OFFICE 202-939-9806)

# INDONESIA

EMBASSY OF THE REPUBLIC OF INDONESIA
Chancery: 2020 MASSACHUSETTS AVENUE, NW  20036
(EMBASSY 202-775-5200)    (FAX 202-775-5365)

HIS EXCELLENCY DINO PATTI DJALAL
    MRS. ROSA RAI DJALAL
*AMBASSADOR EXTRAORDINARY & PLENIPOTENTIARY*