# Exhibit B

Case 1:11-cv-04170-AKH   Document 18-2   Filed 09/22/11   Page 1 of 2



Home » Bureaus/Offices Reporting Directly to the Secretary » Office of the Chief of Protocol » Foreign Embassy Information & Publications

## Foreign Embassy Information & Publications

The Office of the Chief of Protocol publishes the **Diplomatic List,** which contains a complete list of the accredited diplomatic officers of foreign embassies within the United States, and publishes **Foreign Consular Offices**, a complete listing of the foreign consular offices in the United States.

For more Embassy information, click the links at left.

**Subscribe to Updates**

  

      -- **PDF** [291 KB]            -- **PDF** [1.23 MB]
      -- **HTML**                  -- **HTML**
**(Countries from A - Z)**    **(Countries from A - Z)**

The Office of Electronic Information, Bureau of Public Affairs, manages this site as a portal for information from the U.S. State Department.
External links to other Internet sites should not be construed as an endorsement of the views or privacy policies contained therein.