```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
In the Matter of the Application of

SANTOSH BHARDWAJ,

                              Plaintiff,

     -against-

PRABU DAYAL, CHANDINI DAYAL, and
AKANSHA DAYAL,

                              Defendants.
------------------------------------------------------------------- x

**SUMMARY ORDER**

11 Civ. 4170 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On November 30, 2011, oral argument was heard on Defendants' motion to dismiss on the basis of Defendants' alleged diplomatic and consular immunity. For the reasons stated on the record, Defendants' motion is denied.

       Plaintiff shall provide Defendants with a calculation of Defendants' alleged obligation to Plaintiff by December 9, 2011. Defendants shall answer Plaintiff's amended complaint by December 20, 2011. The parties shall next appear before me for a status conference on January 20, 2012, at 10:00 a.m. and shall at that time submit a draft joint case management plan pursuant to my Individual Rules.

       The Clerk shall mark the motion (Doc. No. 9) terminated.

       SO ORDERED.

Dated:     November 30, 2011
            New York, New York

                                               ALVIN K. HELLERSTEIN
                                               United States District Judge

1