## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| SANTOSH BHARDWAJ, <br><br> Plaintiff, <br><br> - *against* - <br><br> PRABHU DAYAL, CHANDINI DAYAL, AND AKANSHA DAYAL, <br><br> Defendants. <br> -------------------------------------------------------- <br> PRABHU DAYAL, <br><br> Counterclaim-Plaintiff, <br><br> - *against* - <br><br> SANTOSH BHARDWAJ, <br><br> Counterclaim-Defendant, <br><br> - *and* - <br><br> HOLLIS PFITSCH AND THE LEGAL AID SOCIETY, <br><br> Additional Defendants on Counterclaims. |

Civil Action No.11 Civ. 4170 (AKH)

### NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Floyd Abrams of Cahill Gordon & Reindel LLP hereby enters his appearance as counsel for counterclaim defendants The Legal Aid Society and Hollis Pfitsch, in the above-captioned proceeding.  I certify that I am admitted to practice in this Court.

-2-

Dated:   February 7, 2012                              Respectfully submitted,


  /s/ Floyd Abrams           
Floyd Abrams (fabrams@cahill.com)
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
Telephone:  212-701-3000
Facsimile:  212-269-5420