UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANTOSH BHARDWAJ,

           Plaintiff,

- against -

PRABHU DAYAL, CHANDINI DAYAL, AND AKANSHA DAYAL,

           Defendants.

---

PRABHU DAYAL,

           Counterclaim-Plaintiff,

- against -

SANTOSH BHARDWAJ,

           Counterclaim-Defendant,

- and -

HOLLIS PFITSCH AND THE LEGAL AID SOCIETY,

           Additional Defendants on Counterclaims.

Civil Action No. 11 Civ. 4170 (AKH)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/12

## STIPULATION AND [PROPOSED] ORDER

    WHEREAS, on February 3, 2012, Defendants filed their Second Amended Answer and First Amended Counterclaims of Defendant Prabhu Dayal, adding as Counterclaim-Defendants Hollis Pfitsch and The Legal Aid Society;

    WHEREAS, on February 7, 2012, Cahill Gordon & Reindel LLP appeared in this action as counsel for Hollis Pfitsch and The Legal Aid Society;

-2-

WHEREAS, Hollis Pfitsch and The Legal Aid Society have requested, and counsel for Prabhu Dayal has consented to, a brief extension of the Feburary 17, 2012 deadline set by the Court's January 20, 2012 order for filing motions to dismiss, in order to permit their new counsel additional time to prepare a motion to dismiss the counterclaims;

WHEREAS, subject to the Court's approval, the parties have agreed to extend by twenty (20) days the current schedule for filing and briefing of motions to dismiss Defendant Prabhu Dayal's counterclaims; and

WHEREAS, no prior request has been made for extension of these deadlines.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that:

1. The Counterclaim Defendants shall have until March 8, 2012, in which to move to dismiss the Counterclaims.

2. The Counterclaim Plaintiff shall have until March 22, 2012, in which to oppose the motions.

3. The Counterclaim Defendants shall have until March 29, 2012, in which to file reply papers in support of their motions.

4. The oral argument previously scheduled for March 15, 2012 at 4:00 p.m. shall be adjourned to another date and time set by the Court.

-3-

Dated: February 8, 2012

OUTTEN & GOLDEN LLP

By: /s/ Dana
Adam T. Klein
Dana Sussman
3 Park Avenue, 29th Floor
New York, New York 10016
(212) 245-1000
dsussman@outtengolden.com

THE LEGAL AID SOCIETY
Steven R. Banks, Attorney in Chief
Adriene L. Holder, Attorney in Charge, Civil
 Practice
Karen Cacace, Supervising Attorney
Hollis V. Pfitsch, of counsel
Employment Law Unit
199 Water Street, 3rd Floor
New York, New York 10038
(212) 577-3465
kcacace@legal-aid.org
hvpfitsch@legal-aid.org

Attorneys for Plaintiff-Counterclaim Defendant
 Santosh Bhardwaj


ROBINSON BROG LEINWAND GREENE GENOVESE
 & GLUCK P.C.

By: /s/
David C. Burger
875 Third Avenue
New York, New York 10022-0123
(212) 603-6300
dcb@robinsonbrog.com

Attorneys for Defendants and Counter-
claim-Plaintiff Prabhu Dayal

-4-

CAHILL GORDON & REINDEL LLP

By: _____
Floyd Abrams
David G. Januszewski
80 Pine Street
New York, New York 10005
(212) 701-3000
fabrams@cahill.com
djanuszewski@cahill.com

Attorneys for Counterclaimant Defendants
Hollis Pfitsch and The Legal Aid Society

SO ORDERED:

_____
United States District Court
2/8/12