| | |
|---|---|
| **OUTTEN & GOLDEN LLP** | **THE LEGAL AID SOCIETY** |
| Adam Klein | Steven R. Banks, Attorney-in-Chief |
| Dana Sussman | Adriene L. Holder, Attorney-in-Charge, Civil Practice |
| Reena Arora | Karen Cacace, Supervising Attorney |
| 3 Park Avenue, 29th Floor | Hollis V. Pfitsch, of counsel |
| New York, New York 10016 | Employment Law Unit |
| Telephone: (212) 245-1000 | 199 Water Street, 3rd Floor |
| | New York, New York 10038 |
| | Telephone: (212) 577-3465 |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

SANTOSH BHARDWAJ,

       **Plaintiff,**

- against -

PRABHU DAYAL, CHANDINI DAYAL, and AKANSHA DAYAL,

       **Defendants.**

PRABHU DAYAL,

       **Counterclaim-Plaintiff,**

- against –

SANTOSH BHARDWAJ,

       **Counterclaim-Defendant,**

- and -

HOLLIS PFITSCH,

- and -

THE LEGAL AID SOCIETY,

       **Additional Defendants on Counterclaims.**

No. 11 Civ. 4170 (AKH)

## NOTICE OF PLAINTIFF'S MOTION TO DISMISS AND FOR SUMMARY JUDGMENT DISMISSING COUNTERCLAIMS

**PLEASE TAKE NOTICE THAT** Plaintiff hereby moves this Court, before the Honorable Alvin K. Hellerstein, United States District Court for the Southern District of New York, for an Order:

(1) dismissing Defendant Prabhu Dayal's Counterclaims in their entirety; and

(2) granting such other, further, or different relief as the Court deems just and proper.

In support of this Motion, Plaintiff submits the following:

a) Memorandum of Law in Support of Plaintiff's Motion to Dismiss and for Summary Judgment Dismissing Counterclaims;

b) Plaintiff's Statement of Undisputed Material Facts in Support of Plaintiff's Motion for Summary Judgment Pursuant to Local Civil Rule 56.1; and

c) Declaration of Santosh Bhardwaj in Support of Plaintiff's Motion to Dismiss and for Summary Judgment Dismissing Counterclaims.

Dated: March 8, 2012
New York, New York

Respectfully submitted,

**OUTTEN & GOLDEN LLP**
By:

_/s/ Dana Sussman_
Dana Sussman

**OUTTEN & GOLDEN LLP**
Adam Klein
Dana Sussman
Reena Arora

3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

**THE LEGAL AID SOCIETY**
Steven R. Banks, Attorney-in-Chief
Adriene L. Holder, Attorney-in-Charge, Civil Practice
Karen Cacace, Supervising Attorney, Employment Law Unit
Hollis V. Pfitsch, of counsel
199 Water Street, 3rd Floor
New York, New York 10038
Telephone: (212) 577-3465