IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANTOSH BHARDWAJ,<br><br>Plaintiff,<br><br>-against-<br><br>PRABHU DAYAL, CHANDINI DAYAL, and AKANSHA DAYAL,<br><br>Defendants. | No. 11 Civ. 4170 (AKH)<br><br>DECLARATION<br>OF SANTOSH BHARDWAJ |

Santosh Bhardwaj declares pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the Plaintiff in the above-referenced case. I make this declaration in support of Plaintiff's Motion to Dismiss and for Summary Judgment Dismissing Counterclaims.

2. I understand that the initial complaint in this case was filed on June 20, 2011.

3. I did not speak to any reporters about this case on, before, or after June 20, 2011.

4. I gave a statement to my attorney, Hollis Pfitsch, on June 14, 2011, to use in response to any press inquiries that might arise after the filing of the complaint on June 20, 2011.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 7, 2012.

_____
Santosh Bhardwaj

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANTOSH BHARDWAJ,<br><br>Plaintiff,<br><br>-against-<br><br>PRABHU DAYAL, CHANDINI DAYAL, and AKANSHA DAYAL,<br><br>Defendants. | No. 11 Civ. 4170 (AKH) |

### CERTIFICATE OF TRANSLATION

Madhu Mishra declares pursuant to 28 U.S.C. § 1746 that the following is true and correct:

5. My name is Madhu Mishra. I am a professional interpreter and translator.

6. I am competent to translate the attached Declaration from English to Hindi.

7. I certify that I have translated the attached Declaration from English to Hindi for Santosh Bhardwaj and that this translation is true and accurate to the best of my abilities.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 7, 2011.

_____
Madhu Mishra