```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/5/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
:
SANTOSH BHARDWAJ, :
:
                              Plaintiff, : **ORDER**
:
    -against- : 11 Civ. 4170 (AKH)
:
PRABHU DAYAL and CHANDINI DAYAL, :
:
                            Defendants. :
:
------------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      A suggestion of settlement having been made, it is hereby:

      ORDERED that the Clerk shall mark this matter closed; provided, however, that if settlement is not consummated within 30 days of the date of this Order, either party may apply by letter within the 30-day period for restoration of the action to the calendar of the undersigned.

      SO ORDERED.

Dated:    July 3, 2012
             New York, New York

                                                ALVIN K. HELLERSTEIN
                                                United States District Judge